**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

IN RE:  Case No.: 18-18302-TJC

SCOTT DAVID DEAKYNE  Chapter: 13

    Debtor

_____

### OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

    COMES NOW, Seterus, Inc. As the Authorized Subservicer For Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. ("Creditor"), by and through counsel, and files its Objection to Debtor's Chapter 13 Plan, and as reasons therefor respectfully represents as follows:

    1.    Creditor is a mortgage lender/servicer.

    2.    On or about June 20, 2018, Scott David Deakyne ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

    3.    Robert S. Thomas, II is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

    4.    Creditor holds a Deed of Trust solely secured by the Debtor's property located in Queen Anne`s County, Maryland, and improved by a residence known as 375 Loblolly Way, Grasonville, MD 21638 (the "Property").

    5.    On or about August 21, 2018, Debtor filed an Amended Chapter 13 Plan (the "Plan") that states that prepetition arrears owed to Creditor in the amount of $23,258.51 will be treated through the Plan. This amount understates the actual prepetition arrears owed to the Creditor.

    6.    Objections to the Plan are due by September 4, 2018.

    7.    The correct pre-petition arrears are 25,633.20 as indicted in the Proof of Claim (Claim No. 5-1) filed by Creditor.

    8.    Debtor's Plan is underfunded and is therefore not confirmable.

    9.    Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

    WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

  1.  Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

BWW#: MD-206998

2. Grant such other and further relief as necessary.

                                              Respectfully Submitted,

Dated: <u>August 31, 2018</u>

                                      __/s/ Hope Blocton_____
                                      Hope Blocton, MD Fed. Bar No. 20544
                                      BWW Law Group, LLC
                                      6003 Executive Blvd, Suite 101
                                      Rockville, MD  20852
                                      301-961-6555 (phone)
                                      301-961-6545 (facsimile)
                                      bankruptcy@bww-law.com
                                      *Attorney for the Creditor*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of August, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

Michael Patrick Coyle, Attorney

      I hereby further certify that on this 31st day of August, 2018, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Scott David Deakyne
375 Loblolly Way
Grasonville, MD 21638

/s/ Hope Blocton
Hope Blocton, Esq.